David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
BRUCE L. TYLER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRUCE L. TYLER,<br><br>Plaintiff,<br><br>vs.<br><br>COAST TO COAST FINANCIAL SOLUTIONS; CITIFINANCIAL SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant(s). | Case No.: **2:17-cv-01858-APG-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN BRUCE L. TYLER AND CITIFINANCIAL SERVICING, LLC** |

**NOTICE IS HERBY GIVEN** that the dispute between BRUCE L. TYLER ("Plaintiff") and Defendant CITIFINANCIAL SERVICING, LLC ("CITI") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against CITI, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing

requirements as to CITI be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to CITI.

Dated: August 3, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***BRUCE L. TYLER***

**IT IS ORDERED** that Plaintiff shall have until **October 3, 2017**, to either file a notice of voluntary dismissal against Citifinancial Servicing, LLC, or a status report advising when the notice will be filed.

Dated: August 7, 2017

Peggy A. Leen
United States Magistrate Judge