David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
BRUCE L. TYLER

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE L. TYLER,<br><br>Plaintiff,<br><br>vs.<br><br>COAST TO COAST FINANCIAL SOLUTIONS; CITIFINANCIAL SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant(s). | Case No.: **2:17-cv-01858-APG-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN BRUCE L. TYLER AND <u>EQUIFAX INFORMATION SERVICES, LLC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between BRUCE L. TYLER ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against EQUIFAX, with Prejudice, within 60 days. Plaintiff requests that all

pending dates and filing requirements as to EQUIFAX be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to EQUIFAX.

Dated: August 14, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***BRUCE L. TYLER***

**IT IS ORDERED** that plaintiff shall have until **October 16, 2017**, to either file a notice of voluntary dismissal, or a status report advising when the notice of voluntary dismissal will be filed.

Dated the 15th day of August, 2017.

Peggy A. Leen
United States Magistrate Judge